UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-6635-ODW (KS)                                         Date: December 18, 2020

Title   *James Edward Baertschiger v. Timothy C. Lopez*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|                Gay Roberson                |             N/A              |
|--------------------------------------------|------------------------------|
|                Deputy Clerk                |   Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On July 24, 2020, Plaintiff a California resident proceeding *in forma pauperis*, filed a Complaint pursuant to 42 U.S.C. § 1983.  (Dkt. No. 1.)  On July 30, 2020, the Court issued its initial scheduling order ("Scheduling Order"), which directed Plaintiff to promptly proceed with service of the summons and complaint on the two named defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure and file proof of service within 90 days, *i.e.*, no later than October 28, 2020.  (Dkt. No. 8.)

On November 3, 2020, Plaintiff filed a Motion for Order Directing Service of Process by U.S. Marshal (the "Motion"), which consisted of a single sentence:  "Comes now James Edward Baertschiger, plaintiff proceeding pro se and in forma pauperis, and he hereby request the Court to order service of process (summons and complaint) by the U.S. Marshal pursuant to Rule 4(c)(3), Federal Rules of Civil procedure."  (Dkt. No. 10) (errors in original).  On November 9, 2020, the Court notified Plaintiff that the Motion was deficient because it provided no indication of whether Plaintiff had attempted to effect service on Defendants and no explanation of why Plaintiff requires the assistance of a U.S. Marshal.  (Dkt. No. 11.)  The Court therefore ordered Plaintiff to show cause no later than November 23, 2020 why he has been unable to effect service through Rule 4(d) of the Federal Rules of Civil Procedure and any other means and why he requires the assistance of the U.S. Marshal.  (*Id.*)  The Court also *sua sponte* extended Plaintiff's Rule 4(m) deadline to November 27, 2020.  (*Id.*)

More than three weeks have now passed since Plaintiff's November 23, 2020 deadline to respond to the Court's Order to Show Cause and three weeks have also passed since Plaintiff's

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-6635-ODW (KS)                                          Date: December 18, 2020

Title   *James Edward Baertschiger v. Timothy C. Lopez*

Rule 4(m) deadline to effect service. To date, Plaintiff has neither responded to the Court's Order to Show Cause nor filed a proof of service with the Court.

Accordingly, **IT IS HEREBY ORDERED that, no later than January 8, 2021, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute and comply with Rule 4(m).** Plaintiff may discharge this order by doing any one of the following on or before January 8, 2021:

(1) Submitting a response to the Court's November 9, 2020 Order to Show Cause that explains why Plaintiff has been unable to effect service through Rule 4(d) of the Federal Rules of Civil Procedure or any other means and requires the assistance of the U.S. Marshal;

(2) Filing a request for an extension of time to comply with the Court's November 9, 2020 Order to Show Cause; or

(3) Filing a request for an extension of time to effect service on Defendants Lopez and Tran.

Alternatively, if Plaintiff is no longer interested in proceeding with this case, he may file a signed document entitled "Notice of Voluntary Dismissal," which will result in the dismissal of this action without prejudice.

Plaintiff is advised that his failure to timely and fully comply with this Order may result in a recommendation of dismissal pursuant to Fed. R. Civ. P. 4(m) and 41(b) and Local Rule 41-1.

The Clerk is directed to send Plaintiff a copy of the Court's November 9, 2020 Order to Show Cause (Dkt. No. 11).

**IT IS SO ORDERED**.

:

**Initials of Preparer**   gr