UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-6635-ODW (KS)                                              Date: April 12, 2021

Title   *James Edward Baertschiger v. Timothy C. Lopez et al*

---

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On July 24, 2020, Plaintiff, a California resident proceeding *in forma pauperis*, filed a Complaint pursuant to 42 U.S.C. § 1983 (the "Complaint").  (Dkt. No. 1.)  On July 30, 2020, the Court issued its initial scheduling order, which directed Plaintiff to promptly proceed with service of the summons and complaint on all named defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure and file a proof of service.  (Dkt. No. 8.)

On November 3, 2020, Plaintiff filed a Motion for Order Directing Service of Process by U.S. Marshal.  (Dkt. No. 10.)  On February 18, 2020, after Plaintiff declared that he had attempted service by mail, as provided in Federal Rule of Civil Procedure 4(d), but to no avail (*see* Dkt. No. 17), the Court granted Plaintiff's Motion and ordered service of process by the U.S. Marshal on Defendants Timothy C. Lopez and John Tran in their individual capacity.  (Dkt. No. 18.)  The Court also directed Plaintiff to file with the Court, no later than March 20, 2021, copies of the USM-285 forms that he submitted to the United States Marshal.  (Dkt. No. 19.)

More than three weeks have now passed since Plaintiff's March 20, 2021 deadline for filing copies of the USM-285 forms, and the Court has not received copies of Plaintiff's completed USM-285 forms.  Accordingly, the Court may now recommend dismissal of the action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which states that a civil action is subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before May 3, 2021**, why the Court should not recommend that this action be dismissed for failure

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-6635-ODW (KS)                                         Date: April 12, 2021

Title      *James Edward Baertschiger v. Timothy C. Lopez et al*

to prosecute and comply with court orders.  If Plaintiff wishes to proceed with this action, he may discharge this Order by filing <u>one</u> of the following:

(1) copies of the USM-285 forms that were provided to the United States Marshal Service;

(2) a request for an extension of time to submit the USM-285 forms to the Court; or

(3) a declaration signed under penalty of perjury that establishes that Plaintiff timely submitted the USM-285 to the U.S. Marshal.

Alternatively, if Plaintiff does not wish to pursue this action, he may file a <u>signed</u> document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

**IT IS SO ORDERED.**

                                                                                        :
                                                    **Initials of Preparer**    gr