**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES EDWARD BAERTSCHIGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIMOTHY C. LOPEZ, et al, )<br>)<br>Defendants. )<br>_____ ) | NO. CV 20-6635-ODW (KS)<br><br>ORDER ACCEPTING INTERIM FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the September 29, 2021 Report and Recommendation of United States Magistrate Judge (the "Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

//
//
//
//
//
//

Accordingly, IT IS ORDERED that: (1) Claim Four from the First Amended Complaint for malicious prosecution is DISMISSED without leave to amend, to the extent that the claim is based on allegations of false testimony; and (2) Defendants must file a responsive pleading to the First Amended Complaint no later than twenty-one (21) days from the date of this Order.

DATED: November 15, 2021

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE