UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 20-6635-ODW (KS)            Date: November 30, 2021

Title   *James Edward Baertschiger v. Timothy C. Lopez, et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:      Attorneys Present for Defendants:

**Proceedings:   (IN CHAMBERS) ORDER SCHEDULING DISCOVERY STATUS CONFERENCE AND ORDER TO SHOW CAUSE RE: PLAINTIFF'S FAILURE TO RESPOND TO DISCOVERY PROCEDURES**

On Tuesday, November 30, 2021, Defendants submitted a request to schedule a Pre-Motion Discovery Conference, due to the parties' inability to resolve various discovery disputes. Defendants' request stated that Defendants have been unable to reach Plaintiff, who is proceeding *pro se*, in order to comply with the Court's pre-motion discovery procedures, which require a joint statement of the parties' positions on the disputed discovery issues. Accordingly, the Court schedules a pre-motion discovery conference for **Thursday, December 16, 2021 at 3:00 p.m.** The conference will be held telephonically.

Additionally, Plaintiff James Edward Baertschiger is **ORDERED TO SHOW CAUSE ("OSC") on or before Tuesday, December 7, 2021** as to why the Court should not impose sanctions due to his failure to comply with the Court's discovery procedures. Plaintiff may discharge the OSC by preparing a Response to this Order of no more than three (3) pages explaining the circumstances that prevented him from timely responding to Defendants' communications regarding the disputed discovery requests. Plaintiff is also reminded of his obligation to keep the Court apprised of his most current address and contact information.

**A failure to timely respond to this Order and establish good cause for failing to respond to the discovery <u>will</u> result in an order against Mr. Baertschiger to pay sanctions**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 20-6635-ODW (KS)            Date: November 30, 2021

Title   *James Edward Baertschiger v. Timothy C. Lopez, et al*

**for failure to comply with a court order and may result in a recommendation that the action be dismissed for failure to prosecute.**

**IT IS SO ORDERED**.

                                                                        :
**Initials of Preparer**     gr